**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS L. KIMBLE, ET AL.,<br><br>Defendant. | Case No. 2:10-cv-01233 FCD KJN<br><br>**ORDER GRANTING PLAINTIFF'S**<br>***EX-PARTE* APPLICATION FOR AN**<br>**ORDER EXTENDING TIME TO**<br>**COMPLETE SERVICE** |

**ORDER**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

**ORDER GRANTING PLAINTIFF'S**
 ***EX-PARTE* APPLICATION FOR AN ORDER EXTENDING**
 **TIME TO COMPLETE SERVICE**
**PAGE 1**

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Thomas L. Kimble, where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

Dated: September 27, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE