UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOE HAND PROMOTIONS, INC.,           NO. CIV.S-10-1233 FCD KJN

      Plaintiff,

    v.                                **ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS**

THOMAS L. KIMBLE,

      Defendant.

----oo0oo----

The court issued an Order on September 15, 2010, extending plaintiff an additional sixty (60) days from September 15, 2010, to effectuate service. On December 15, 2010 the court issued a Minute Order directing plaintiff to file a declaration as to the status of the case. As of today's date, plaintiff has not filed a summons returned executed, a declaration, or any further documentation. Accordingly, the court makes the following orders:

    1.  Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for his failure

1 | to comply with the court's orders, and why plaintiff's case
2 | should not be dismissed for failure to prosecute.
3 |     2.   Plaintiff's counsel shall file a response to the order
4 | to show cause on or before February 4, 2011.
5 |     3.   A hearing on this order to show cause is set for
6 | Friday, February 11, 2011 at 10:00 a.m.
7 |     IT IS SO ORDERED.
8 | DATED: January 4, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE